UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Paula Dare,

    Plaintiff,

vs.

Menard, Inc.

    Defendant.

Case No.: _____

**NOTICE OF REMOVAL**

**(Jury Trial Demanded)**

---

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT AND PLAINTIFF AND HER ATTORNEY, D. PATRICK McCULLOUGH, McCULLOUGH & ASSOCIATES, PA., 905 PARKWAY DRIVE, ST. PAUL, MN 55117:

PLEASE TAKE NOTICE, that Defendant Menard, Inc. hereby removes to this Court the state action described below.

I.    On October 27, 2020, an action was commenced as to Menard, Inc. in the Tenth Judicial District, Sherburne County, Minnesota, entitled <u>Paula Dare v. Menard, Inc.</u>, Case No. (case has not been filed).

II.    Defendant Menard, Inc. was served with the attached Summons and Complaint on October 27, 2020. This Notice is timely.

III.    A copy of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto as Exhibit A (Summons and Complaint).

IV.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by said Defendant pursuant to the provisions of 28 U.S.C. §1441 (a), because it is a civil action between citizens of different states and the matter and controversy exceeds the sum of $75,000,

exclusive of interest and costs. The undersigned has confirmed with counsel for Plaintiff that the amount in controversy exceeds the sum of $75,000.

V. Defendant is informed and believes that Plaintiff is a citizen of the State of Minnesota. Defendant Menard, Inc. is incorporated in and has its principal place of business in the State of Wisconsin.

VI. Based upon the foregoing, Defendant Menard, Inc. requests that this action be removed to the United States District Court for the District of Minnesota.

Dated this 13th day of November, 2020.

McCOLLUM CROWLEY P.A.

/s/ Robert L. McCollum
Robert L. McCollum (ID #69802)
Attorneys for Defendant
7900 Xerxes Avenue South, Suite 700
Minneapolis, MN 55431
(952) 831-4980
rlm@mccollumlaw.com
